IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

DIANA LEPORTE,

                Plaintiff,

                                               Civil Action No. 5:07-CV-0888

    vs.

UNITED STATES OF AMERICA,

                Defendant.

_____

APPEARANCES:                         OF COUNSEL:

Cote, Limpert Law Firm             M. Joanne Van Dyke, Esq.
214 North State Street
Syracuse, NY 13202
Attorney for Plaintiff

Office of the United States Attorney    William F. Larkin, AUSA
100 South Clinton Street
Syracuse, NY 13261
Attorney for Defendant

**Norman A. Mordue, Chief Judge U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

       Pursuant to an early neutral evaluation session held on March 17, 2009, and the Notice of Settlement filed on March 20, 2009, (Dkt. No. 21) the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED that the above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it further

ORDERED that the dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> a party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated.

IT IS SO ORDERED

Date: March 20, 2009

_____
Norman A. Mordue
Chief United States District Court Judge